# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>             )<br>        Plaintiff        )<br>             )<br>   v.        )<br>             )<br>CHRISTIAN EHLERS,        )<br>             )<br>        Defendant.        )<br>_____   ) | CR 03-239(A)-JSL<br><br>ORDER DENYING<br>DEFENDANT'S MOTION<br>REQUESTING MODIFICATION<br>OF RESTITUTION |

Before the Court is the application of Christian Ehlers requesting modification of his previously ordered restitution payment from $700,000, payable at $50 per month, to a lump-sum restitution payment of $45,000, payable immediately.

Having reviewed the papers filed in connection with this matter and being fully apprised of the relevant facts and law,

IT IS HEREBY ORDERED that the application of Christian Ehlers requesting modification of his previously ordered restitution is DENIED.

IT IS SO ORDERED.

DATED:  Jan 5, 2012

*Spencer Letts*

_____
J. Spencer Letts
Senior United States District Judge